# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRUNO MACEDO CORREIA,<br><br>        Defendant. | 2:17-cr-000001-JAD-CWH<br>**ORDER** |

Before the court is Defendant Bruno Correia's Motion to Re-Open Detention or Alternatively for Immediate Pre-Trial Release (ECF No. 296).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant Bruno Correia's Motion to Re-Open Detention or Alternatively for Immediate Pre-Trial Release (ECF No. 296) must be filed on or before May 24, 2018. Any reply in support of Defendant Bruno Correia's Motion to Re-Open Detention or Alternatively for Immediate Pre-Trial Release (ECF No. 296) must be filed on or before May 30, 2018.

IT IS FURTHER ORDERED that a hearing on Defendant Bruno Correia's Motion to Re-Open Detention or Alternatively for Immediate Pre-Trial Release (ECF No. 296) is scheduled for 10:00 AM, June 1, 2018, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 17th day of May, 2018.

                                                                                    CAM FERENBACH<br>
                                                                                    UNITED STATES MAGISTRATE JUDGE