Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
BRUNO MACEDO CORREIA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>BRUNO MACEDO CORREIA,<br>Defendant. | CASE NO.: 2:17-cr-00001-JAD-CWH-06<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING** |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, Bruno Macedo Correia, through his counsel, Maysoun Fletcher Esq. with The Fletcher Firm, P.C., and Plaintiff, United States of America, through its counsel, Patrick Burns, Assistant United States Attorney, to continue the hearing on Mr. Correia's Motion to Reopen Detention or, in the Alternative, for Immediate Pre-trial Release currently set for June 1, 2018 at 10:00 a.m. to June 6, 2018 after 11:00 a.m., June 7, 2018, or the next available date. The reason for the requested continuance is that Mrs. Fletcher is scheduled to be out of state on the currently scheduled hearing date.

Dated this 22nd day of May, 2018.

*/s/ Maysoun Fletcher*                                       */s/ Patrick Burns*
Maysoun Fletcher, Esq.                                    Patrick Burns,
Attorney for Bruno Correia                             Assistant United States Attorney

IT IS SO ORDERED THAT the hearing on Mr. Correia's Motion to Reopen Detention or, in the Alternative, for Immediate Pre-trial Release currently set for June 1, 2018 at 10:00 a.m. is vacated and reset to ____June 7____, 2018 at __11:00 AM__, in Courtroom 3D.

Dated this __May 29, 2018__, 2018.

_____
MAGISTRATE JUDGE

1