Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
BRUNO MACEDO CORREIA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>BRUNO MACEDO CORREIA,<br>　　　　　Defendant. | CASE NO.: 2:17-cr-00001-JAD-CWH-06<br><br>STIPULATION TO CONTINUE SETENCING HEARING |

## <u>STIPULATION TO CONTINUE SENTENCING HEARING</u>

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, Bruno Macedo Correia, through his counsel, Maysoun Fletcher Esq. with The Fletcher Firm, P.C., and Plaintiff, United States of America, through its counsel, Patrick Burns, Assistant United States Attorney, that the Sentencing Hearing in the above-captioned matter currently set for January 25, 2019 at 9:30 a.m. be continued to a date and time convenient to the Court, but no earlier than 30 days.

This Stipulation is entered into for the following reasons:

1.　　Mrs. Fletcher needs additional time to access and review significant Gmail discovery for which a funding request related thereto has been submitted to the Court.

2.　　Mrs. Fletcher has spoken with Patrick Burns, Assistant United States Attorney, and he has no objection to the continuance.

3.　　The parties are currently working on a potential sentencing agreement.

4.　　Mr. Correia is in custody and has no objection to this continuance.

5.    Denial of this request for continuance could result in a miscarriage justice.

DATED this 8th day of January, 2019.

_/s/Patrick Burns_____          _/s/ Maysoun Fletcher_____
Patrick Burns,                      Maysoun Fletcher,
Assistant United States Attorney    Attorney for Defendant, Bruno Macedo Correia

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
BRUNO MACEDO CORREIA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>BRUNO MACEDO CORREIA,<br>Defendant. | CASE NO.: 2:17-cr-00001-JAD-CWH-06 |

**<u>FINDINGS OF FACT</u>**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      Mrs. Fletcher needs additional time to access and review significant Gmail discovery for which a funding request related thereto has been submitted to the Court.

2.      Mrs. Fletcher has spoken with Patrick Burns, Assistant United States Attorney, and he has no objection to the continuance.

3.      The parties are currently working on a potential sentencing agreement.

4.      Mr. Correia is in custody and has no objection to this continuance.

5.      Denial of this request for continuance could result in a miscarriage justice.

/ / /

/ / /

/ / /

/ / /

1

**ORDER**

2      Accordingly, IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled

3  for January 25, 2019 at 9:00 a.m., is continued to  March 7, 2019, at the hour of 9:30 a.m.

4

5  DATED this 8th day of January, 2019.

6

7                                              _____
                                             JENNIFER A. DORSEY

8                                             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28