Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant, Bruno Macedo Correia

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRUNO MACEDO CORREIA,<br><br>Defendant. | Case No. 2:17-cr-00001-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Nicholas A. Trutanich, United States Attorney, and John P. Burns, Assistant United States Attorney, counsel for the United States of America, and Maysoun Fletcher, Esq., counsel for Bruno Macedo Correia that the sentencing hearing currently scheduled for June 11, 2019, at 10:00 a.m. be vacated and set to June 12, 2019, or a date and time convenient to this Court but no later than June 18, 2019. The Stipulation is entered into for the following reasons:

1. Mr. Burns has a family memorial service on the date currently set.
2. Mr. Correia is incarcerated and, after consultation with his counsel, does not object to the continuance.
3. The additional time requested is not sought for purposes of delay.
4. Denial of this request for continuance could result in a miscarriage of justice.
5. For all of the above-stated reasons, the ends of justice would be best served by a

continuance of sentencing.

6. This is the fourth request to continue sentencing.

DATED this 28rd day of May, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ John P. Burns*
JOHN P. BURNS
Assistant United States Attorney


*/s/ Maysoun Fletcher, Esq.*
MAYSOUN FLETCHER, ESQ.
Counsel for Bruno Macedo Correia

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant, Bruno Macedo Correia

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRUNO MACEDO CORREIA,<br><br>Defendant. | Case No. 2:17-cr-00001- JAD-CWH<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

### **FINDINGS OF FACTS**

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Mr. Burns has a family memorial service on the date currently set.
2. Mr. Correia is incarcerated and, after consultation with his counsel, does not object to the continuance.
3. The additional time requested is not sought for purposes of delay.
4. Denial of this request for continuance could result in a miscarriage of justice.
5. For all of the above-stated reasons, the ends of justice would be best served by a continuance of sentencing.
6. This is the fourth request for a continuance of sentencing.

## CONCLUSIONS OF LAW

1. Denial of this request for continuance would likely result in a miscarriage of justice; and

2. For all of the above-stated facts, the ends of justice would be best served by a continuance of the sentencing hearing.

## ORDER

**IT IS FURTHER ORDERED** that the sentencing hearing currently scheduled for June 11, 2019, at 10:00 a.m., be vacated and continued to June 12, 2019, at the hour of 10:00 a.m.

DATED this 29th day of May, 2019.

_____
JENNIFER DORSEY
UNITED STATES DISTRICT JUDGE